UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-00441-SPM |
| | ) | |
| CARSHIELD LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley Padmore Mensah to District Judge Sarah E. Pitlyk.

June 4, 2025
Date

*Nathan M. Graves*            /
Clerk of Court

By:  /s/ Heather Aubuchon            /
HEATHER AUBUCHON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:25-CV-00441-SEP**