## TABLE OF EXIBITS

| Exhibit No. | Description |
| --- | --- |
| 1 | Oct. 26, 2024 Information Request Details and Consent Language |
| 2 | Oct. 27, 2024 11:07 a.m. Voicemail (audio placeholder sheet) |
| 3 | Transcript of Oct. 27, 2024 11:07 a.m. Voicemail |
| 4 | Oct. 27, 2024 11:36 a.m. Recording (audio placeholder sheet) |
| 5 | Transcript of Oct. 27, 2024 11:36 a.m. Recording |
| 6 | Oct. 27, 2024 11:42 a.m. Recording (audio placeholder sheet) |
| 7 | Transcript of Oct. 27, 2024 11:42 a.m. Recording |
| 8 | Call Log |