IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>NRRM, LLC, )<br><br>Defendant. ) | Case No. 4:25-cv-00441 -SPM |

## NOTICE OF FILING EXHIBIT

Pursuant to Sections III (E)–(F) of this Court's Case Management/Electronic Case Filing (CM/ECF) Procedures, a USB flash drive containing the audio files comprising Exhibits 2, 4, and 6 to Defendant's Memorandum in Support of their Motion to Dismiss Amended Complaint will be filed with the Clerk's Office.

I certify that within 24 hours of the filing of this Notice, I will file and serve copies of the audio files identified above.

Respectfully submitted this 23rd day of June, 2025

**DICKINSON WRIGHT, PLLC**

By: s/ Jeffrey H. Kass
Jeffrey H. Kass, No. 46800
1125 17th Street, Suite 550
Denver, CO 80202
Tel: (303) 723-8400
Fax: (844) 670-6009
Email: JKass@dickinson-wright.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    This document was served via the court's efiling system to all counsel of record on this the 23rd day of June, 2025.

                                                   s/ Jeffrey H. Kass
                                                   Jeffrey H. Kass

4922-7445-0254 v1 [105444-68]