*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

# EXHIBIT 2

(Oct. 27, 2024 11:07 a.m. Voicemail (audio placeholder)

*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

Due to upload limitations of CM/ECF, a physical copy of this audio exhibit has been mailed concurrently with this memorandum, and is on file with the Clerk's Office.