*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

# EXHIBIT 1

(Information Request Form and Consent Language Form)

*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM



| Field | Row #1 |
|---|---|
| RefNumber | 7,611,386 |
| InsertedDate | 2024-10-27 00:23:13.000 GMT-05:00 |
| FullName | [NULL] |
| PhoneNumber | 6366990403 |
| Zip | 63031 |
| CustState | MO |
| EmailAddress | morris.bobby.0403@gmail.com |
| Year | 2001 |
| Make | Ford |
| Model | F250 Super Duty |
| Miles | 225000 |
| Promo | |
| HowYouHear | |
| IPAddress | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 |
| IPLocation | |
| RefURL | https://carshield.com/get-free-quote/?utm_campaign=auto-warranty |
| LeadSource | CarShield Website |
| AssignedTo | [NULL] |
| Status | [NULL] |
| appNumber | 0007760901 |
| LastName | Morris |
| CampaignId | auto-warranty |
| AdGroupId | |
| Keyword | |
| TrafficSource | |
| TrafficMedium | |
| SpanishLead | N |
| FirstName | Bobby |
| FortePromoCode | CAR999 |
| RawDBID | 8,566,534 |
| CustCity | Florissant |
| CustAddress | |
| PostalCode | [NULL] |
| submitDate | 2024-10-27 GMT-05:00 |
| CanadaLead | [NULL] |
| Custom1 | |
| Custom2 | |
| Custom3 | [NULL] |
| Custom4 | |
| SourceUniqueID | |
| LateCall | |
| CustomerID | [NULL] |
| CompanyID | 1 |
| CallBackTimeZone | [NULL] |
| CallBackTime | [NULL] |
| CallBackDate | [NULL] |
| Processed | [NULL] |
| LeadSourceTypeID | [NULL] |

