*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

# EXHIBIT 3

(Transcript of Oct. 27, 2024 11:07 a.m. Voice mail)

*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

Morris v. NRRM, LLC
Case No. 4:25-cv-00441-SPM

Transcript: October 27, 2024 11:07 a.m. Voicemail Recording (0:44)
Plaintiff Morris: MORRIS
Defendant NRRM: CARSHIELD

**[MALE ROBOTIC VOICEMAIL TONE] (0:00–0:13):**

Hello, you've reached Bobby Morris. I can't come to the phone right now because I'm doing something way more important, like not answering my phone. Leave a message and I'll get back to you, eventually.

**[FEMAIL ROBOTIC VOICEMAIL TONE] (0:13–0:25):**

At the tone, please record your message. When you are finished recording you may hang up, or press 1 for more options. To leave a call back number, press 5. [Beep].

**CARSHIELD (0:25–0:44):**

Good afternoon Bobby, this is Collin from CarShield on a recorded line regarding the information requested on your F150. Give me a call back at your earliest convenience, my number is 1-800-587-4271. I look forward to speaking with you. Have a great day and stay –

**[Call disconnected]**