*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

# EXHIBIT 5
(Transcript Oct. 27, 2024 11:36 a.m. Recording)

*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

Morris v. NRRM, LLC
Case No. 4:25-cv-00441-SPM

Transcript: October 27, 2024 11:36 a.m. Voicemail Recording (1:45)
Plaintiff Morris: MORRIS
Defendant NRRM: CARSHIELD

**MORRIS (0:00–0:01):**

>Hello?

**CARSHIELD (0:01–0:10):**

>Hello, my name is Larry, calling on a recorded line from CarShield for Bobby to get you information on protection for the 2001 Ford F250 here.

**MORRIS (0:10-0:10):**

>Um.

**CARSHIELD (0:10–0:15):**

>Just to verify with you sir, that ZIP code is 63031?

**MORRIS (0:15-0:16):**

>Yeah.

**CARSHIELD (0:16–0:19)**

>Thank you sir, and you have 225,000 miles on the Ford or close?

**MORRIS (0:19–0:20):**

>Yeah.

**CARSHIELD (0:20–0:25):**

>Thank you Sir. Are there any check engine lights or leaking fluid on the vehicle?

**MORRIS (0:25–0:26):**

>Nope.

**CARSHIELD (0:26–0:30):**

Okay then Mr. Morris, and is everything running good for you overall?

**MORRIS (0:30–0:31):**

Yup.

**CARSHIELD (0:31–0:38):**

Thank you for the confirmation Sir. I'll grab your specialist to get you [unintelligible] and answer any of your questions, but this will just be a moment, okay?

**MORRIS (0:38–0:39):**

Alright.

**CARSHIELD (0:39–0:41):**

Thank you for your time, Sir.

**[Call put on hold, music playing] (0:41–1:45)**

**[Call disconnects]**