*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

# EXHIBIT 7

(Transcript Oct. 27, 2024 11:42 a.m. Recording)

*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

Morris v. NRRM, LLC
Case No. 4:25-cv-00441-SPM

Transcript: October 27, 2024 11:42 a.m. Voicemail Recording (1:50)
Plaintiff Morris: MORRIS
Defendant NRRM: CARSHIELD

**MORRIS (0:00–0:02)**

>Hello?

**CARSHIELD (Larry) (0:02–0:11):**

>Hey Bobby, it's Larry calling you back on a recorded line for CarShield, just to get you reconnected with that specialist so you can get some information on protection for your vehicle here, sir. I –

**MORRIS (0:11–0:12):**

>Alright.

**CARSHIELD (Larry) (0:12–0:16):**

>Yeah, the long (*sic*) part is about it I will be right back with that specialist for you, sir. Please bear with –

**MORRIS (0:16–0:16):**

>Um.

**CARSHIELD (Larry) (0:16–0:18):**

>– me, it will just be a moment.

**MORRIS (0:18–0:19):**

>Alright.

**[Call put on hold, music playing] (0:19–1:19)**

**CARSHIELD (Larry) (1:19–1:25):**

Thank you for your patience here sir. I have your protection specialist AJ here on the line, and he'll be helping you from here, okay?

**CARSHIELD (AJ) (1:25–1:32):**

Hey Bobby, my name's AJ here I'll be helping you out from here. How are you doing man?

**MORRIS (1:32–1:33):**

Yup.

**CARSHIELD (AJ) (1:33–1:40):**

I see – I see you're out there in Florissant, how close are you to, uh, [unintelligible].

**MORRIS (1:40–1:45):**

Huh? I don't know.

**CARSHIELD (AJ) (1:45–1:50):**

Okay. I was going to say we used to hoop up there every summer. But, I —

**[Call disconnects]**

2