*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

# EXHIBIT 8
(Call log)

*Bobby Morris v. NRRM, LLC*
CASE NO.: 4:25-cv-00441-SPM

# Reverse Timeline: Mr. Morris and CarShield (Most Recent First)

Oct 26 00:00
Info Request Submitted
(IP Consent Captured)

Oct 27 10:29
Outbound Call 1
No Answer (16 sec)

Oct 27 11:07
Outbound Call 2
Voicemail Left

Oct 27 11:36
Outbound Call 3
Answered, Disconnected During Transfer

Oct 27 11:41
Inbound Call 1
Disconnected Upon Answer

Oct 27 11:41
Inbound Call 2
Disconnected Upon Answer

Oct 27 11:42
Outbound Call 4
Answered, Disconnected During Transfer

Oct 27 11:45
Outbound Call 5
1 Sec, No Contact

Oct 27 11:45
Outbound Call 6
1 Sec, No Contact

Oct 28 11:55
Inbound Call 3
Disconnected Upon Answer

Nov 11 00:00
CarShield Blocks Number
(Due to Repeated Disconnects)

Nov 13 09:43
Inbound Call 4
Blocked (Repeated Disconnects)

Nov 13 09:43
Inbound Call 5
Blocked Again