**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>CARSHIELD LLC<br><br>　　　　　　Defendant. | Case No.　4:25-cv-00441<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

　　　　This matter having come before the Court on the Unopposed Motion of Plaintiff for an Extension of Time to File a Response to the Defendant's Motion to Dismiss (ECF 8, 9) until and including July 21, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for an Extension of Time is GRANTED, and Plaintiff is granted an additional extension of time to file a Response to the Motion to Dismiss until and including July 21, 2025.

　　　　DATED this _____.

　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.