# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-00441 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| CARSHIELD LLC | |
| Defendant. | |

## NOTICE OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as counsel for Plaintiff in this matter.

Dated: July 1, 2025

        Plaintiff,
        By Counsel

        */s/ Andrew Roman Perrong*
        Andrew Roman Perrong, Esq.
        Perrong Law LLC
        2657 Mount Carmel Avenue
        Glenside, Pennsylvania 19038
        Phone: 215-225-5529 (CALL-LAW)
        Facsimile: 888-329-0305
        a@perronglaw.com
        *Attorney for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

  I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

  DATED this July 1, 2025.

            */s/ Andrew Roman Perrong*
            Andrew Roman Perrong, Esq.