MOED-0001             DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 4:25-cv-00441 -SPM |
| NRRM, LLC | ) ) ) |
| Defendant(s). | ) |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Defendant</u> hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

    a. Whether it is publicly traded, and if it is, on which exchange(s):
        None

    b. Its parent companies or corporations (if none, state "none"):
        None

    c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
        Carchex, LLC, Shield 1, LLC, Paramount Bank, SafeAbode, LLC

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
        None

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
    None

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

     By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

                                  s/Jeffrey H. Kass
                                  Signature (Counsel for Plaintiff/Defendant)
                                  Print Name: Jeffrey H. Kass
                                  Address: 1125 17th Street Suite 550
                                  City/State/Zip: Denver, CO 80202
                                  Phone: 303-723-8400

<u>Certificate of Service</u>

     I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
     July 2, 20 25.

                                  s/Jeffrey H. Kass
                                  Signature