11/2/2024

CarShield LLC
333 Mid Rivers Mall Dr
Saint Peters, Mo 63376
Attn: Mark Travis

Delivered via email

To Whom It May Concern; Mark Travis

I have afforded you ample time to respond to my previous correspondence, and you have chosen to ignore it, without an appropriate or acceptable response. I have enclosed a copy of my previous communication(s) for your review. Therefore;

Please consider this communication a formal notice of my intent to file a civil suit against CarShield LLC for violations of state and/or federal telecommunications law(s) within 72 hours of delivery of this notice.

Please know that your continued failure to respond has been interpreted as an act of bad faith, and that I will make no further attempts at pre-litigation settlement beyond this notice. No settlement amount less than the full statutory damages, as well as any additional remedies as allowed by law, will be entertained once said suit is filed.

Moreover, please know that I fully intend to seek the full battery of available information available to me through lawful discovery, and that I will vigorously fight any attempt at sealing public court records that detail what I believe to be the illegal patterns and practices in the daily operations of your company. Finally, please know that any manner of non-disclosure will be off the table as part of any post-filing agreement as well.

Respectfully,

**Bobby Morris**

Bobby Morris
848 Loekes Dr
Florissant, Mo 63031
Morris.bobby.0403@gmail.com

*Handwritten annotations:* WE DISAGREE, SEND US A COPY OF THE COMPLAINT YOU PROPOSE TO FILE AGAINST US AND WE WILL ASSESS
X Public Relations