**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br>   v.<br><br>NRRM, LLC d/b/a CarShield<br><br>                          Defendant. | Case No.   4:25-cv-00441<br><br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]
DEFENDANT'S MOTION TO DISMISS**

        AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the

Defendant NRRM, LLC d/b/a CarShield's Motion to Dismiss (ECF No. 8, 9) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Shirley P. Mensah, J.