# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | Case No.   4:25-cv-441 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| NRRM, LLC d/b/a CARSHIELD | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM

Plaintiff Bobby Morris ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for an extension of time to file his response to Defendant NRRM, LLC d/b/a CarShield's Counterclaim, and in support states as follows:

1.      Defendant filed its Answer and Counterclaim on April 13, 2026.

2.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff's response to the Counterclaim is currently due on or about April 27, 2026.

3.      Plaintiff requires additional time to investigate the allegations set forth in the Counterclaim and to prepare a complete and appropriate response.

4.      Plaintiff respectfully requests an extension of twenty-one (21) days, up to and including May 18, 2026, to file his response to the Counterclaim.

5.      Counsel for Plaintiff conferred with counsel for Defendant regarding this request, and Defendant does not oppose the requested extension.

6.      This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

2

RESPECTFULLY SUBMITTED AND DATED this April 16, 2026.


                           /s/ *Anthony I. Paronich*
                         Anthony I. Paronich
                         Paronich Law, P.C.
                         350 Lincoln Street, Suite 2400
                         Hingham, MA 02043
                         (508) 221-1510
                         anthony@paronichlaw.com

2