**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 4:25-cv-00441-SPM |
| v. | ) ) | |
| NRRM, LLC, | ) ) | |
| Defendant. | ) ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Michael E. Carter, and enters his appearance as Co-Counsel on behalf of the Defendant.

Dated: May 12, 2026                    Respectfully Submitted,

*/s/Michael E. Carter*
Michael E. Carter, #56620 MO
Carter Law Offices, LLC
500 Boone's Lick Road
St. Charles MO 63301
Phone: 636-916-4040
Facsimile 636-321-2232
mike@carterlegal.com
*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Michael E. Carter, hereby certify that this document was served electronically through the Court's ECF system on all parties this 12th day of May, 2026.

_/s/Michael E. Carter_