**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOBBY MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00441 SEP |
| | ) | |
| NRRM, LLC d/b/a/ CARSHIELD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CASE MANAGEMENT ORDER - TRACK 2: STANDARD**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the

Differentiated Case Management Program of the United States District Court of the Eastern

District of Missouri, and the Rule 16 Conference held on **May 14, 2026,**

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will

be modified only upon a showing of exceptional circumstances:

**I.      SCHEDULING PLAN**

1.      This case has been assigned to Track 2 (Standard).

2.      Any motions for joinder of additional parties or amendment of pleadings are to be filed no later than **August 7, 2026**.

3.      Disclosure shall proceed in the following manner:

(a)     The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **May 18, 2026**.

(b)     Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **September 24, 2026**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **November 12, 2026**.

(c)     Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **December 16, 2026**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **February 8, 2027**.

(d)    The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(e)    Requests for physical or mental examinations of parties pursuant to Rule 35, Fed. R. Civ. P., are not expected in this matter.

(f)    The parties shall complete all discovery, aside from Defendant's expert disclosure and depositions, as noted above, in this case no later than **December 4, 2026**.

(g)    Before filing any discovery memorandum or motion, the parties must first attempt to resolve their discovery dispute without court intervention in compliance with Local Rule 3.04.  If the parties are unable to reach an agreement without court intervention, they ***must*** file a motion requesting a video conference with the Court.  The motion must be filed jointly; must specify the parties' attempts to achieve a resolution; must concisely describe (e.g., in bullet points) the issue(s) in dispute; and must not exceed three (3) pages in length.

(h)    All discovery motions, including motions to compel, must be pursued in a diligent and timely manner.  All discovery motions must be filed no later than ten (10) days after *either* a video conference conducted pursuant to section (g) *or* the denial of the parties' joint request for a video conference.  The Court will not consider motions to compel filed more than fourteen (14) days following the discovery deadline set out above. Pursuant to L.R. 3.04(A), no motion to compel will be considered unless the parties have first attempted to resolve the dispute without Court intervention.

4.    This case shall be referred to alternative dispute resolution on **September 11, 2026**, and that reference shall terminate on **November 13, 2026**.

5.    Any motion for class certification must be filed no later than **December 15, 2026**. Opposition briefs shall be filed no later than **December 30, 2026**, and any reply shall be filed no later than **January 11, 2027**.  **For all filings of twenty (20) or more pages _or_ with ten (10) or more pages of attachments, parties must submit courtesy copies to the Court.**

**Dispositive motion deadlines and the trial date of this case will be set after the Court rules on the class certification motion**.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 14th day of May, 2026.


_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE