# EXHIBIT 1

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RefNumber | InsertedDate | FullName | PhoneNumber | Zip | CustState | EmailAddress | Year | Make |
| 2 | 7535959 | 2024-09-13 18:45:36.000 | | ■■■3102 | 32203 | FL | REDACTED | 2012 | Toyota |
| 3 | 7765471 | 2024-12-28 16:54:00.000 | | ■■■6080 | 74008 | OK | | 2020 | GMC |
| 4 | 7891865 | 2025-01-27 12:56:38.000 | | ■■■9615 | 31907 | GA | | 2000 | Ford |
| 5 | 7655116 | 2024-11-18 15:44:20.000 | | ■■■3711 | 21206 | MD | | 2020 | CHRYSLER |
| 6 | 7611258 | 2024-10-26 21:11:52.000 | | ■■■6982 | 31029 | GA | | 2014 | Ford |
| 7 | 7611386 | 2024-10-27 00:23:13.000 | | 6366990403 | 63031 | MO | morris.bobby.0403@gmail.com | 2001 | Ford |
| 8 | 7777089 | 2024-12-31 15:26:12.000 | | ■■■5962 | 45044 | OH | REDACTED | 2022 | FORD |
| 9 | 8548239 | 2025-09-15 09:09:36.000 | | ■■■9770 | 85042 | AZ | | 2006 | Honda |

| | J | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 1 | Model | Miles | Promo | HowYouHear | IPAddress | IPLocation |
| 2 | Highlander | 136000 | | OTHER | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 | |
| 3 | SIERRA 1500 | 92000 | | | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 | |
| 4 | Focus | 10000 | | | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 | |
| 5 | VOYAGER | 48000 | | | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 | |
| 6 | Fusion | 106000 | | TV | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 | |
| 7 | F250 Super Duty | 225000 | | | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 | |
| 8 | MAVERICK | 34000 | | | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 | |
| 9 | Accord | 226000 | | | [fde4:8dba:2000:1ee1:6b20:100:a6e:4]:49546 | |

| | |
|---|---|
| 1 | RefURL |
| 2 | https://carshield.com/get-free-quote/ |
| 3 | https://carshield.com/free-quote/?utm_source=google&utm_medium=cpc&utm_campaign=11503534291&vt_k=extended%20auto%20warranty&dt=gglnonbi |
| 4 | https://carshieldprotection.com/free-quote/?utm_source=SurpriseWheel&utm_campaign=theirchoice&utm_content=1027c65646db336c91282a22d9f7f6&d |
| 5 | https://carshield.com/freequote/?utm_source=google&utm_medium=cpc&utm_campaign=8817787165&vt_k=carshield&dt=gglbrand&kw=carshield&cpn=88 |
| 6 | https://carshield.com/ |
| 7 | https://carshield.com/get-free-quote/?utm_campaign=auto-warranty |
| 8 | https://carshield.com/freequote/?utm_source=google&utm_medium=cpc&utm_campaign=8817787165&vt_k=carshield&dt=gglbrand&kw=carshield&cpn=88 |
| 9 | https://carshield.com/instantquote/?utm_source=google&utm_medium=cpc&utm_campaign=22760018837&utm_term=honda%20quote&utm_content=%7B |

| | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|
| 1 | LeadSource | AssignedTo | Status | appNumber | LastName | CampaignId | AdGroupId |
| 2 | CarShield Website | | | 0007688794 | REDACTED | | |
| 3 | CarShield Website | | | 0007874397 | | Auto Warranty_CAR762-A & CAR762-AC | gglnonbranda |
| 4 | CarShieldProtection.com | | | 0007953118 | | theirchoice | PCH |
| 5 | CarShield Website | | | 0007802144 | | Branded_CAR988 & CAR988C | gglbrand |
| 6 | CarShield Website | | | 0007760773 | | 18034727038 | ggldisp |
| 7 | CarShield Website | | | 0007760901 | Morris | auto-warranty | |
| 8 | CarShield Website | | | 0007881265 | REDACTED | Branded_CAR988 & CAR988C | gglbrand |
| 9 | CarShield Website | | | 0008582311 | | 22760018837 | 182394516459 |

| | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|
| 1 | Keyword | TrafficSource | TrafficMedium | SpanishLead | FirstName | FortePromoCode | RawDBID |
| 2 | | | | N | | CAR999 | 8474108 |
| 3 | extended auto warranty | google | ppc | N | | CAR762-A | 8698932 |
| 4 | 1027c65646db336c91282a22d9f7f6 | surprisewheel | | N | REDACTED | CAR640 | 8787304 |
| 5 | carshield | google | ppc | N | | CAR988 | 8613493 |
| 6 | | google | cpc | N | | CAR997 | 8566394 |
| 7 | | | | N | Bobby | CAR999 | 8566534 |
| 8 | carshield | google | ppc | N | REDACTED | CAR988 | 8706690 |
| 9 | honda quote | google | cpc | N | | CAR600-AAF | 9550658 |

|   | AE | AF | AG | AH | AI | AJ | AK | AL |
|---|----|----|----|----|----|----|----|----|
|   | CustCity | CustAddress | PostalCode | submitDate | CanadaLead | Custom1 | Custom2 | Custom3 |
| 2 | Jacksonville | | | 9/13/2024 | | | | |
| 3 | Bixby | | | 12/28/2024 | | | | |
| 4 | Columbus | | | 1/27/2025 | | | | |
| 5 | Baltimore | | | 11/18/2024 | | | | |
| 6 | Forsyth | | | 10/26/2024 | | TYA | | |
| 7 | Florissant | | | 10/27/2024 | | | | |
| 8 | Liberty Township | | | 12/31/2024 | | | | |
| 9 | Phoenix | | | 9/15/2025 | | | | |

| | AM |
|---|---|
| 1 | Custom4 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | CARSHIELD-ARIZONA-SEARCH-MOBILE-PEAK |

| | AN | AO |
|---|---|---|
| 1 | SourceUniqueID | LateCall |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Cj0KCQiA6Ou5BhCrARIsAPoTxrAbP_mQ7ql6osxnqlz3mJ4_zVnKp_V90zruGpjqPq0hcL3p7kV7DJkaAqsCEALw_wcB | |
| 6 | 0AAAAADLlUYpQRmdoeTCmjFX_Kg0U_jV1c | N |
| 7 | | |
| 8 | Cj0KCQiAyc67BhDSARIsAM95Qzvspi3fqqFKQeKfDl8KA8OxgXBM_CJTO7zuFOOkSYv0AycwBWyYBzIaArqkEALw_wcB | |
| 9 | Cj0KCQjw8p7GBhCjARIsAEhghZ3vV0hm0LFauqdL64bkZQ_7cJuCyd4Lf2OwYZ4-eTMUG6W6Z44HnU4aAnhnEALw_wcB | |

|   | AP | AQ | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|---|
| 1 | CustomerID | CompanyID | CallBackTimeZone | CallBackTime | CallBackDate | Processed | LeadSourceTypeID |
| 2 |  | 1 |  |  |  |  |  |
| 3 |  | 1 |  |  |  |  |  |
| 4 |  | 1 |  |  |  |  |  |
| 5 |  | 1 |  |  |  |  |  |
| 6 |  | 1 |  |  |  |  |  |
| 7 |  | 1 |  |  |  |  |  |
| 8 |  | 1 |  |  |  |  |  |
| 9 |  | 1 |  |  |  | Y | 39 |

| | AW |
|---|---|
| 1 | UUID |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | 862c54e1-b851-45e7-8cbf-ff084df89845 |