**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>  v.<br><br>NRRM, LLC d/b/a CarShield<br><br>          Defendant. | Case No.  4:25-cv-00441 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bobby Morris and Defendant NRRM, LLC d/b/a CarShield, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. All claims asserted by Plaintiff against Defendant in this action are hereby dismissed with prejudice.

2. All counterclaims asserted by Defendant against Plaintiff in this action are hereby dismissed with prejudice.

3. Each party shall bear its own attorneys' fees, costs, and expenses, unless otherwise provided in a separate written agreement between the parties.

Dated: July 20, 2026        PLAINTIFF,

                      By:

                      */s/ Anthony I. Paronich*
                      Anthony I. Paronich
                      Paronich Law, P.C.
                      350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


DEFENDANT


./s/*Jeffrey H. Kass*
Jeffrey H. Kass, No. 60672
Dickinson Wright PLLC
1125 17th Street, Suite 550
Denver, CO 80202
Tel: (303) 723-8400
Fax: (844) 670-6009
JKass@dickinson-wright.com

1